

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00229-CR

**DIHO LLOYD BROWN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law**
**Walker County, Texas**
**Trial Court No. 15-0673**

## MEMORANDUM OPINION

Appellant, Diho Brown, has filed a motion requesting the dismissal of this appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal, and appellant and his attorney have personally signed the motion. *See id.* Accordingly, we grant the motion and hereby dismiss appellant's appeal.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed November 2, 2016
Do not publish
[CR25]

